UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christian Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>Katy Lanpher et al.,<br><br>    Defendants. | Civil Action No. 2:22–cv–1 |

## ORDER

On or before March 28, 2022, Plaintiff shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 16th day of March 2022.

                                                */s/ Kevin J. Doyle*
                                                Kevin J. Doyle
                                                United States Magistrate Judge