UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christian Rodriguez,<br><br>    Plaintiff,<br><br>    v.<br><br>Katy Lanpher et al.,<br><br>    Defendants. | Civil Action No. 2:22–cv–1 |

## **ORDER**

On or before March 28, 2022, Defendant Stowe Red Barn Realty, LLC shall return executed its Magistrate Judge Assignment Form in accordance with Local Rule 73(c) and shall also file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1.

Dated at Burlington, in the District of Vermont, this 16th day of March 2022.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kevin J. Doyle*
　　　　　　　　　　　　　　　　　　　　　　Kevin J. Doyle
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge